T. C. RUSSELL and C. W. RUSSELL, Trading as DENTON MARBLE WORKS, v. W. E. BOONE, B. I. HARRISON, L. E. WORKMAN, MILBA HILL, A. A. ANDERSON, C. C. CHANDLER, J. M. DANIEL, Sr., B. E. MORRIS, L. C. WOOD, A. A. HILL, and WILSON HILL.

(Filed 19 November, 1924.)

APPEAL by defendants from *Lane, J.,* and a jury, at February Term, 1924, of DAVIDSON.

*Phillips & Bower and Holton & Holton for plaintiffs.*
*Raper & Raper, J. R. McCrary, and J. M. Durant, Jr., for defendants.*

PER CURIAM. The following were the issues submitted to the jury, and the answers thereto:

"1. Did the defendants, or either of them, negligently fail to perform their duties as directors of the Bank of Denton, as alleged in the complaint; and, if so, which ones? Answer: 'Yes.'

"2. If so, did the plaintiffs sustain damage thereby, as alleged in the complaint? Answer: 'Yes.'

"3. What amount are the plaintiffs entitled to recover? Answer: '$824.39.' "

We have examined the record, exceptions, assignments of error, and able briefs of the attorneys, and can find no prejudicial or reversible error.

The cause was tried out on the principle laid down in *Houston v. Thornton,* 122 N. C., p. 365.

We can find

No error.